## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BECK, | : |
| Plaintiff, | : Case No. 5:19-cv-02909-JLS |
| v. | : |
| LEHIGH COUNTY, *et al.*, | : Judge: Hon. Jeffrey L. Schmehl |
| Defendants. | : |

### JOINT STIPULATION TO DISMISS LW CONSULTING, INC.

Defendant LW CONSULTING, INC., hereby states and affirms that it had no ownership and/or financial stake/interest, managerial control over, and/or insurance coverage related and or pertaining to Cedarbrook Nursing Facility after June 30, 2015.

Plaintiff CHARLES BECK and Defendant LW CONSULTING, INC., and the parties to this action, by and through their undersigned counsel, hereby jointly stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that LW CONSULTING, INC. is dismissed from the above-captioned action without prejudice as to all claims, causes of action, and parties, with each party to bear its own costs and fees.

In the event that it is determined, upon further application to the Court, that Defendant LW CONSULTING, INC., is in fact a proper defendant, Defendant hereby agrees to toll the Statute of Limitations.

*[signature]*
MCELDREW LAW
James J. McEldrew III, Esq.
Attorneys for Plaintiff

*[signature]*
LEWIS BRISBOIS BISGAARD & SMITH LLP
Kyle C. Allen, Esq.
Attorneys for Defendant
LW Consulting, Inc.

*[signature]*
DICKIE McCAMEY & CHILCOTE
Kevin H. Conrad, Esq.
Catherine Barr Heimbach, Esq.
Attorneys for Defendant
Lehigh County

*[signature]*
MARSHALL DENNEHY WARNER COLEMAN & GOGGIN
Jeffrey P. Bates
Attorneys for Defendant
Good Sheperd Rehabilitation Network

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), it is ORDERED that LW CONSULTING, INC. is dismissed from this action without prejudice as to all claims, causes of action, and parties, with each party to bear its own costs and fees.

Dated: ~~August~~ September 19, 2019

Honorable Jeffrey L. Schmehl, U.S.D.J.