IN THE OFFICE OF THE CLERK OF JUDICIAL RECORDS OF LEHIGH COUNTY, PENNSYLVANIA
REGISTER OF WILLS DIVISION

IN RE: ESTATE OF SHIRLEY A LEIBENGUTH,　　　　　　　FILE NO. 2019-1141
　　　　　DECEASED

## SHORT CERTIFICATE
(Intestate)

I, Andrea E. Naugle, Clerk of Judicial Records, Register of Wills Division, in and for the County of Lehigh, Commonwealth of Pennsylvania, certify that on June 21, 2019, Letters of Administration were issued to Charles W Beck, who had filed a petition for the grant of letters and appeared in this Office and took an oath to well and truly administer the Estate of Shirley A Leibenguth, who died on July 05, 2017. I further certify that as of this date, said Letters of Administration have not been revoked.

Given under my hand and the seal of this Office, on this the 21st day of June, 2019.

ANDREA E. NAUGLE, BY:

_____
Deputy, Register of Wills Division

**DO NOT ACCEPT WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**

# EXHIBIT "A"