# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BECK, Individually and as Administrator of the Estate of SHIRLEY LIEBENGUTH,<br><br>Plaintiff,<br><br>v.<br><br>LEHIGH COUNTY, et al.<br><br>Defendants. | Civ. No.: 19-2909 |

## O R D E R

AND NOW, this 29th day of June, 2021 upon consideration of the Plaintiff's Amended Petition for Approval of Wrongful Death and Survival Action Pertaining to Estate of Shirley Leibenguth, deceased filed on June 17, 2021 is hereby ORDERED and DECREED that Petitioner is authorized to enter into a Settlement with Defendants and the settlement drafts/checks which shall be forwarded to Plaintiff's Counsel are to be made payable to James J. McEldrew III, & Associates in the agreed-upon amounts of $187,500.00 on behalf of Defendant, Lehigh County and $62,500.00 on behalf of co-Defendant, Good Shepherd Rehabilitation Network. It is further ORDERED and DECREED that the settlement proceeds are allocated as follows:

    To:     Charles Beck, as Administrator of the Estate
               For Survival Action (100%)                      $ 126,042.05

It is further ORDERED and DECREED that distribution of the settlement proceeds will take place within thirty (30) days as follows:

Distribution of $250,000.00:

    To:     McEldrew Young
               For Attorney Fees                               $ 112,500.00

               For Case Costs Reimbursement:

| | | |
|---|---|---|
| ***Filing Fees*** | | |
| U.S.D.C. | $ | 400.00 |
| Dennis Richman Process Service | $ | 425.00 |
| Court Reporter | | |
| Everest Court Reporting | $ | 887.95 |
| ***Experts*** | | |
| Full Financials | $ | 3,215.00 |
| Alden Geriatric Consulting | $ | 550.00 |
| ***Miscellaneous*** | | |
| Allentown (hearing) | $ | 39.00 |
| **TOTAL COSTS** | $ | 5,516.95 |
| Medicare reimbursement: | $ | 5,941.00 |

| | | |
|---|---|---|
| NET SETTLEMENT FUND DUE CLIENT | $ | 126,042.05 |
| To: Charles Beck, as Administrator of the Estate For Survival Action (100%) | $ | 126,042.05 |

Within sixty (60) days of the entry of this final Order, counsel shall file with the office of Civil Administration an Affidavit from counsel certifying compliance with this Order.

BY THE COURT:

/s/ Jeffrey L. Schmehl
J.